# United States District Court
# For The Western District of North Carolina
# Statesville Division

State of North Carolina,

        Plaintiff(s),                             JUDGMENT IN A CIVIL CASE

vs.                                               5:11CV175

Arthur Harry Northrup, Jr.,

        Defendant(s).

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 13, 2012 Order.

                                               Signed: February 13, 2012

*[Signature: Frank G. Johns]*

Frank G. Johns, Clerk
United States District Court