# United States District Court
# For The Western District of North Carolina
# Statesville Division

State of North Carolina,

       Plaintiff(s),                         JUDGMENT IN A CIVIL CASE

vs.                                                5:11CV175

Arthur Harry Northrup, Jr.,

       Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 13, 2012 Order.

                                          Signed: February 13, 2012

                                          Frank G. Johns, Clerk
                                          United States District Court